**Order entered November 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00679-CV

### MAURICE MURPHY, Appellant

### V.

### AMYWASHINGTON A/K/A ELISA MURPHY, Appellee

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-06133-Y**

## ORDER

As court reporter Francheska Duffey has informed the Court that she provided appellant an estimate for preparation of the reporter's record and as appellant is entitled to proceed in this appeal without prepayment of costs, we **ORDER** Francheska Duffey, Official Court Reporter of the 330th Judicial District Court, to file the record no later than **December 20, 2013**. *See* TEX. R. APP. P.35.3(b). *No extensions will be granted absent exigent circumstances.*

We **DIRECT** the Clerk of the Court to send a copy of this order to (1) Francheska Duffey, (2) the Honorable Andrea Plumlee, Presiding Judge of the 330th Judicial District Court, and (3) the parties.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE